

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/05/2019

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SHERIDAN HOLDING COMPANY II, LLC, *et al.*,[1] | § § § | Case No. 19-35198 |
| Debtors. | § § § | (Jointly Administered) |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR STATUS CONFERENCE

The Court considered the Debtors' Emergency Motion for Status Conference and for cause shown, it is ORDERED

The Court will conduct a telephonic status conference with regards to confirmation of the Debtors' Plan,[2] final approval of the Disclosure Statement, and the Motion to Seal on **November 7, 2019 at 10:00 a.m. (prevailing Central Time)** before Judge Marvin Isgur, Courtroom No. 404, 515 Rusk Avenue, Houston, TX 77010.  The reset dates for the confirmation hearing and disclosure statement hearing will be announced at the November 7, 2019 hearing.  The Court anticipates a resetting to NOvember 12, 2019 at 2:00 p.m.

Parties may participate by telephone using the Court's dial in line.

**Dial-in Telephone No.: 1-712-775-8925**
**Conference Room No.: 815978**

Signed: November 05, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Sheridan Holding Company II, LLC (7040); Sheridan Investment Partners II GP, LLC (8298); Sheridan Investment Partners II, L.P. (9405); Sheridan Production Partners II, LLC (8034); Sheridan Production Partners II-A, L.P. (8813); Sheridan Production Partners II-B, L.P. (9232); Sheridan Production Partners II-M, L.P. (9084); SPP II-B GP, LLC (8554); and SPP II-M GP, LLC (0488).  The location of the Debtors' service address is:  1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

[2] Capitalized terms used but not defined in this Notice shall have the meanings ascribed to them in the Emergency Motion.