IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| SHERIDAN HOLDING COMPANY II, LLC, *et al.*,[1] | § Case No. 19-35198 (MI) |
| Debtors. | § (Jointly Administered) |

**NOTICE OF ENTRY OF ORDER CONFIRMING
THE AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED)
OF SHERIDAN HOLDING COMPANY II, LLC AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that on November 12, 2019, the Honorable Marvin Isgur, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 228] (the "Confirmation Order"), confirming, as modified therein, the *Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 103] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/SheridanII. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the transactions contemplated under the Plan will not take place until the occurrence of the Effective Date. The Debtors will serve a separate notice following the occurrence of the Effective Date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sheridan Holding Company II, LLC (7040); Sheridan Investment Partners II GP, LLC (8298); Sheridan Investment Partners II, L.P. (9405); Sheridan Production Partners II, LLC (8034); Sheridan Production Partners II-A, L.P. (8813); Sheridan Production Partners II-B, L.P. (9232); Sheridan Production Partners II-M, L.P. (9084); SPP II-B GP, LLC (8554); and SPP II-M GP, LLC (0488). The location of the Debtors' service address is: 1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

[2] The Plan can be found at **Exhibit A** to the Confirmation Order. Capitalized terms used but undefined herein shall have the meanings given to them in the Plan and the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, regardless of whether such Holder (1) will receive any property or interest in property under the Plan or (2) failed to vote to accept or reject the Plan or affirmatively voted to reject the Plan.

[*Remainder of page intentionally left blank*]

Houston, Texas
November 19, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | Steven N. Serajeddini (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone:   (713) 752-4200 | 601 Lexington Avenue |
| Facsimile:   (713) 752-4221 | New York, New York 10022 |
| Email:   mcavenaugh@jw.com | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:   joshua.sussberg@kirkland.com |
| | steven.serajeddini@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession*

-and-

Spencer A. Winters (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   spencer.winters@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on November 19, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                        */s/ Matthew D. Cavenaugh*
                                                       Matthew D. Cavenaugh