# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SHERIDAN HOLDING COMPANY II, LLC, *et al.*,[1] | § | Case No. 19-35198 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on November 12, 2019, the Honorable Marvin Isgur, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 228] (the "Confirmation Order"), confirming, as modified therein, the *Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 103] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 19, 2019, the Debtors filed the *Notice of Entry of Order Confirming the Amended Joint Plan of Reorganization (As Modified) of Sheridan Holding Company II, LLC and Its Debtor Affiliates* [Docket No. 232] (the "Notice of Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on January 17, 2020.

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be Filed no later than forty-five (45) days after the Effective Date. The Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Court. The Reorganized Debtors shall pay Professional Fee Claims in Cash in the amount the Bankruptcy Court allows,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sheridan Holding Company II, LLC (7040); Sheridan Investment Partners II GP, LLC (8298); Sheridan Investment Partners II, L.P. (9405); Sheridan Production Partners II, LLC (8034); Sheridan Production Partners II-A, L.P. (8813); Sheridan Production Partners II-B, L.P. (9232); Sheridan Production Partners II-M, L.P. (9084); SPP II-B GP, LLC (8554); and SPP II-M GP, LLC (0488). The location of the Debtors' service address is: 1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

[2] Capitalized terms used but undefined herein shall have the meanings given to them in the Plan and the Confirmation Order, as applicable.

including from the Professional Fee Escrow Account, which the Reorganized Debtors will establish in trust for the Professionals and fund with Cash equal to the Professional Fee Amount on the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan, and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/SheridanII. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Houston, Texas
January 17, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | Steven N. Serajeddini (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 601 Lexington Avenue |
| Facsimile: (713) 752-4221 | New York, New York 10022 |
| Email: mcavenaugh@jw.com | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| *Co-Counsel to the Debtors* | Email: joshua.sussberg@kirkland.com |
| *and Debtors in Possession* | steven.serajeddini@kirkland.com |

-and-

Spencer A. Winters (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:         spencer.winters@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on January 17, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Matthew D. Cavenaugh*
                                                Matthew D. Cavenaugh